**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MR. JASON PARKER, PRO SE,      :   No. 40 EM 2016

         Petitioner          :

         v.          :

         Respondent          :

MUNICIPAL COURT OF PHILADELPHIA;   :
JUDGE DAVID C. SHUTER,          :

         Respondents          :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2016, the Petition for Assumption of Jurisdiction is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.